# Court of Appeals
# of the State of Georgia

ATLANTA, May 18, 2018

*The Court of Appeals hereby passes the following order*

**A18I0174. HERRING CPA GROUP, P.C. et al. v. BANK OF TERRELL.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2017CV198



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, May 18, 2018.*

      *I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*